NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIXHAM SOLUTIONS, LTD.,**
*Appellant*

**v.**

**JUNIPER NETWORKS, INC.,**
*Appellee*

---

2016-1178

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00431.

---

**JUDGMENT**

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by ROLF STADHEIM.

REBECCA CARSON, Irell & Manella LLP, Newport Beach, CA, argued for appellee. Also represented by NIMA HEFAZI; JONATHAN STUART KAGAN, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 6, 2016                     /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court